**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00820-CV

**ROBERT K. DOWD, Appellant**

**V.**

**SHIRE PHARMACEUTICALS, LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11027**

## ORDER

We **GRANT** appellant's June 25, 2014 motion for an extension of time to file a notice of

appeal.  The notice of appeal filed on June 23, 2014 is deemed timely for jurisdictional purposes.


/s/     ADA BROWN
JUSTICE